October 3, 2017

Honorable Richard E. Fehling B.J.          17-14565 REF
U.S. Bankruptcy Court
Clerk's Office
The Madison, Suite 300
400 Washington Street
Reading, PA 19601

Your Honor:

I am responding to the recent correspondence I received with regard to missing my first meeting of the creditors on September 19, 2017.

My elderly mother became very ill after suffering a stroke. This happened on September 18, 2017 late in the evening. She was hospitalized for several weeks and seems to have some severe memory and thinking issues. She is now home, with me, being cared for by daily caretakers.

I apologize for missing this important meeting. My mind went numb when she became so ill and obviously she became my priority at that moment.

I would like and definitely need a second opportunity to correct this situation. Can you please reinstate my bankruptcy? I can and will attend the meeting scheduled for October 19, 2017 with all of the documentation that you require. I will also file an amended Chapter 13 plan to include the past due taxes that I owe the IRS and the State of PA.

Thank you very much for your consideration.

Sincerely,

*Kevin J Keller*
Kevin James Keller


Cc: Lisa M. Ciotti Esq.