IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN JAMES KELLER, | : | |
| | : | DOCKET NO.: 17-14565-REF |
|         DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|         MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN JAMES KELLER, | : | |
| | : | RELATED TO DOCKET NO.: 42 |
|         RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on January 22, 2018, by:

**17-14565-REF Notice will be electronically mailed to:**

Lisa Marie Ciotti at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-14565-REF Notice will not be electronically mailed to:**

Kevin James Keller
1803 Welsh Road
Mohnton, PA  19540

EXECUTED ON:  January 23, 2018

            Respectfully submitted by,

       By: /s/ Joseph J. Swartz
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  309233
          Phone: (717) 346-4645
          Facsimile: (717) 772-1459
          JoseSwartz@pa.gov