Form 2400B (12/15)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re  Kevin James Keller                ,           Case No. 17-14565-REF
       *Debtor*
                                                     Chapter 13

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

I have a significant increase in my income and can afford both my monthly payment and the Chapter 13 payment.

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☑ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form 2400A, Reaffirmation Documents)

Signed: *Kevin J Keller*
        (Debtor)

_____
(Joint Debtor, if any)

Date:    01/24/2018

*FILED 2018 JAN 24 AM 9:45 U.S. BANKRUPTCY COURT*