IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN JAMES KELLER, | : | |
| | : | DOCKET NO.: 17-14565-REF |
| <u>             DEBTOR            </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | MARCH 1, 2018, at 9:00 A.M. |
| v. | : | |
| | : | |
| KEVIN JAMES KELLER, | : | |
| | : | RELATED TO DOCKET NO.: <u>54</u> |
| RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE TO PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN</u>

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Second Amended Chapter 13 Plan, on the parties at the below addresses, on February 13, 2018, by:

**17-14565-REF Notice will be electronically mailed to:**

Lisa Marie Ciotti at <u>ecfmail@fredreiglech13.com</u>, <u>ecf_frpa@trustee13.com</u>

Frederick L. Reigle at <u>ecfmail@fredreiglech13.com</u>, <u>ecf_frpa@trustee13.com</u>

Joseph J. Swartz at <u>RA-occbankruptcy2@state.pa.us</u>, <u>RA-occbankruptcy6@state.pa.us</u>

United States Trustee at <u>USTPRegion03.PH.ECF@usdoj.gov</u>

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-14565-REF Notice will not be electronically mailed to:**

Kevin James Keller
1803 Welsh Road
Mohnton, PA  19540

EXECUTED ON:  February 15, 2018

                                          Respectfully submitted by,

By:    /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.:  309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov