*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin James Keller

     Debtor(s)

Case No: 17–14565–ref

Chapter: 13

_____

### REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Pro se Reaffirmation Agreement Between Debtor and US Bank/SPS (Select Portfolio Servicing)

           On: 3/22/18

           At: 09:30 AM

           In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  2/21/18

Timothy B. McGrath
Clerk of Court