United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-14565-ref
Kevin James Keller                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Violet            Page 1 of 1            Date Rcvd: Feb 21, 2018
                                Form ID: 172            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db              +Kevin James Keller,    1803 Welsh Road,    Mohnton, PA 19540-8804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
       RA-occbankruptcy6@state.pa.us
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, N.A. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin James Keller
    Debtor(s)

Case No: 17−14565−ref
Chapter: 13

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Pro se Reaffirmation Agreement Between Debtor and US Bank/SPS (Select Portfolio Servicing)

        On: 3/22/18

        At: 09:30 AM

        In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated: 2/21/18

Timothy B. McGrath
Clerk of Court

56 − 53
Form 172