# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin James Keller<br>                      Debtor | CHAPTER 13 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, its successors and/or assigns<br>                      Movant<br>      vs. | NO. 17-14565 REF |
| Kevin James Keller<br>                      Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>                      Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

   Kindly withdraw the Objection to Confirmation of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, which was filed with the Court on or about November 8, 2017 Document No. 32..

                                                            Respectfully submitted,

                                                            **/s/Kevin G. McDonald, Esquire**
                                                            Kevin G. McDonald, Esquire
                                                            kmcdonald@kmllawgroup.com
                                                            KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           215-627-1322

February 27, 2018