UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :
          KEVIN JAMES KELLER          : Bankruptcy No.  17-14565REF
                                              :
          Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby *for 9 months*

Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition

either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

*6/14/18*

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Kevin James Keller
1803 Welsh Road
Mohnton, PA 19540

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107