United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-14565-ref
Kevin James Keller                                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2                Date Rcvd: Jun 14, 2018
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db            +Kevin James Keller,    1803 Welsh Road,    Mohnton, PA 19540-8804
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13950454      +American Dental,    900 Corporate Dr,    Reading PA 19605-3340
13950452      +Amex,   PO Box 297871,    Fort Lauderdale, Fl 33329-7871
13950458      +Berks Storage,    220 N. Duke St,    Lancaster PA 17602-2710
13950456      +Childrens Clinic,    510 N. Park Rd Ste l,    Wyomissing PA 19610-2941
13950450      +First Premier,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
13950459      +Grandview,    PO Box 10689,    Brooksville Fl 34603-0689
13950455      +Holmesburg Family Medicine,    PO Box 538,    Howell NJ 07731-0538
13950451      +Navient,   123 S. Justison St Ste 30,    Wilmington, DE 19801-5360
13963624      +U.S. Bank, N.A.,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
13950457      +West Reading Radiology,    2491 Paxton St,    Harrisburg PA 17111-1036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14014154       E-mail/PDF: pa_dc_claims@navient.com Jun 15 2018 02:00:24      Navient,
                c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13972229      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:59
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13987838      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2018 01:58:06      Premier Bankcard, LLC,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud MN 56302-7999
13950453      +E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2018 01:58:21      SPS,    PO Box 65250,
                Salt Lake City UT 84165-0250
13951329      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2018 02:00:08      T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14025978       E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2018 01:58:21      U.S. Bank, N.A.,
                c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, N.A. bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0313-4           User: Lisa                    Page 2 of 2                   Date Rcvd: Jun 14, 2018
                               Form ID: pdf900               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                    TOTAL: 7

Case 17-14565-ref    Doc 65    Filed 06/16/18    Entered 06/17/18 00:53:45    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
KEVIN JAMES KELLER : Bankruptcy No. 17-14565REF
:
Debtor(s) : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby *for 9 months* Dismissed with Prejudice and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

6/14/18

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Kevin James Keller
1803 Welsh Road
Mohnton, PA 19540

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107